UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DENNIS E. CURTIS
*on his own behalf & of all others
similarly situated*

CASE NO. 3:19CV1579 (MPS)

vs.

AETNA LIFE INSURANCE CO.

## JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss before the Honorable Michael P. Shea, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its Ruling on March 18, 2021 granting the motion, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is entered in favor of the defendant.

Dated at Hartford, Connecticut, this 19th day of March 2021.

ROBIN D. TABORA, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EOD 3/19/21