UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENNIS CURTIS, on his own behalf and<br>On behalf of all others similarly situated | :<br>:<br>: | |
| Plaintiff | : | Civ. No. 3:19-CV-01579 (MPS) |
| v. | :<br>:<br>: | |
| AETNA LIFE INSURANCE COMPANY | : | January 16, 2024 |
| Defendant. | :<br>: | |

## NOTICE OF SETTLEMENT

Plaintiff Dennis Curtis and Defendant Aetna Life Insurance Company submit this notice to inform the Court that the parties have reached a settlement in this case. The parties respectfully request that the Court enter a Thirty Day Settlement Order of Dismissal, within which time the parties intend to enter into a written settlement agreement and file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41.

        Respectfully submitted,

        By:*/s/ David S. Golub*
          DAVID S. GOLUB (ct00145)
          SARAH A. RICCIARDI (ct30300)
          SILVER GOLUB & TEITELL LLP
          184 Atlantic Street
          Stamford, CT 06901
          Tel. (203) 325-4491
          Email: dgolub@sgtlaw.com
                 sricciardi@sgtlaw.com

        *Attorneys for Plaintiff Dennis E. Curtis, on*
        *his own behalf and on behalf of all others*
        *similarly situated*

By: /s/ *Kevin P. Daly*
    THEODORE J. TUCCI (ct05249)
    PATRICK W. BEGOS (ct19090)
    KEVIN P. DALY (ct30380)
    ROBINSON & COLE LLP
    280 Trumbull Street
    Hartford, CT 06103
    Tel. (860) 275-8200
    Email: ttucci@rc.com
           pbegos@rc.com
           kdaly@rc.com

*Attorneys for Defendant Aetna Life Insurance Company*

**CERTIFICATION**

I hereby certify that on January 16, 2023, the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By:  */s/ Kevin P. Daly*